STATE v. WATERS

No. 551P84.

Case below: 68 N.C. App. 789.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 November 1984.

WELLS v. FRENCH BROAD ELEC. MEM. CORP.

No. 311P84.

Case below: 68 N.C. App. 410.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1984.

WILFONG v. WILKINS, COM'R OF MOTOR VEHICLES

No. 531P84.

Case below: 70 N.C. App. 127.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

WINSTON REALTY CO. v. G.H.G., INC.

No. 580A84.

Case below: 70 N.C. App. 374.

Petition by defendant for discretionary review under G.S. 7A-31 allowed as to additional issues 6 November 1984.

WYATT v. WYATT

No. 495P84.

Case below: 69 N.C. App. 747.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 November 1984.